JS-6

1  Daniel L. Goodkin, Esq. (SBN 131347)
       (dgoodkin@goodkinlynch.com)
2  Steven S. Yamin, Esq. (SBN 235748)
       (syamin@goodkinlynch.com)
3  **GOODKIN AND LYNCH LLP**
   1800 Century Park East, Suite 1018
4  Los Angeles, California 90067
   Telephone: (310) 552-3322
5  Facsimile: (310) 943-1589

6  Attorneys for Plaintiff / Cross-Defendant
   HELD PROPERTIES, INC.
7

8  Anthony L. Osterlund
       (alosterlund@vorys.com)
9  Whitney C. Gibson
       (wcgibson@vorys.com)
10 **VORYS, SATER, SEYMOUR
   AND PEASE LLP**
11 Suite 2000, Atrium Two
   221 East Fourth Street
12 Cincinnati, Ohio 45202
   Telephone: (513) 723-4000
13 Facsimile: (513) 852-7885

14 Jeffrey C. Sparks, Esq. (SBN 126355)
       (jcs@kpmlawyers.com)
15 **KELLER, PRICE & MOORHEAD**
   229 Avenue I, Second Floor
16 Redondo Beach, CA 90277
   Telephone: (310) 540-1332
17 Facsimile: (310) 540-8480

18 Attorneys for Defendant / Cross-Complainant
   FUJITEC AMERICA, INC.
19

20                 **UNITED STATES DISTRICT COURT**

21                 **CENTRAL DISTRICT OF CALIFORNIA**

22 | HELD PROPERTIES, INC. | Case No. CV-09-1401GAF (CWx) |

23 PLAINTIFF | ORDER ON **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

24 V.

25 FUJITEC AMERICA, INC. | State Action Filed: June 10, 2008
                           Removal Action Filed: February 26, 2009
26 DEFENDANT              | Trial Date: July 20, 2010

27

28

1
JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this civil action, through their respective attorneys, pursuant to Rule 41 of the Federal Rules of Civil Procedure and the parties' Settlement Agreement in this matter, that the claims and counterclaims in the above-captioned action shall be dismissed without prejudice, each party to bear its own costs and attorneys' fees.

DATED: May 28, 2010

**GOODKIN & LYNCH, LLP**

By: _____
Daniel L. Goodkin, Esq.
Steven S. Yamin, Esq.
Attorneys for Plaintiff and Cross-Defendant
HELD PROPERIES, INC.

DATED: May 28, 2010

**VORYS, SATER, SEYMOUR
& PEASE, LLP**

By: _____
Anthony L. Osterlund, Esq.
Whitney C. Gibson, Esq.
Attorneys for Defendant and Cross-Complainant
FUJITEC AMERICA, INC.

1

FUJITEC AMERICA, INC.'S MEMORANDUM IN SUPPORT OF ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AS TO HELD'S CLAIMS

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that all the claims and counterclaims in the above-captioned action shall be dismissed without prejudice, each party to bear its own costs and attorneys' fees.

DATED: __July 12__, 2010

By: *Gary Feess*

Honorable Gary A. Feess